IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

WARREN BRENDEMUHL,

Plaintiff,

v.

OMAHA PROPERTY AND CASUALTY, *et al.*,

Defendants.

Civil No. 01-1402 JMR/RLE

CONSENT ORDER DISMISSING COMPLAINT
AS TO NATIONAL CON-SERV, INC. WITHOUT PREJUDICE

IN CONSIDERATION of the agreement by and between Plaintiff and Defendant National Conserv, Inc.,

IT IS on this ______ day of _________________, 200_,

ORDERED the Complaint against National Con-Serv, Inc. is hereby dismissed without prejudice; and it is,

FURTHER ORDERED, that Defendant National Con-Serv, Inc., has agreed to a limited waiver of its right to invoke the provisions of any statute, regulation, rule, order and/or agreement that would limit the time within which Plaintiff Warren Brendemuhl may reinstate his Complaint against National Con-Serv, Inc., so that the Plaintiff may reinstate his Complaint against Defendant National Con-Serv, Inc., only during the pendency of this, above-captioned litigation; and it is,

FURTHER ORDERED, that Defendant National Con-Serv, Inc., except as stated herein, does not waive any further right or

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

defense that may be applicable if and when the Plaintiff reinstates his Complaint against National Con-Serv, Inc.; and it is,

FURTHER ORDERED, that a copy of this Consent Order be served upon all counsel via first class mail within 5 days of the date hereof.

JAMES M. ROSENBAUM U.S. Chief District Court Judge

Respectfully submitted,

Counsel for Plaintiff
Warren Brendemuhl

McLARNAN, HANNAHER & SKATVOLD, P.L.L.P.

By: ______________________
Michael J. Hannaher, Esquire
730 Center Avenue
Suite 202
P.O. Box 8
Moorhead, MN 56561-0008
(218) 233-2406

Counsel for Defendant
National Con-Serv, Inc.

MOLDAWER & MARSHALL, P.C.

By: ______________________
John Marshall
451 Hungerford Drive
Suite 200
Rockville, MD 20850
(301) 340-3200