UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1402 JMR/RLE

WARREN BRENDENMUHL,

Plaintiff,

v.

OMAHA PROPERTY AND CASUALTY, A Corporation, NATIONAL CON-SERV, INC., A Corporation, JOE M. ALLBAUGH, As Director, FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendants.

ORDER OF DISMISSAL

Based upon the Settlement Agreement executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: May 17th, 2002

JAMES M. ROSENBAUM, Chief Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
MAY 21 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS